THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tonnie N. Baldwin #2,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-398
Submitted April 18, 2003  Filed June 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Aileen P. Clare, of Columbia, for Appellant.
Attorney Henry Dargan McMaster;  Chief Deputy Attorney General 
 John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, all 
 of Columbia;  and Solicitor Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM: Tonnie N. Baldwin was indicted for grand 
 larceny, possession of a firearm during the commission of a violent crime and 
 armed robbery.  Following a jury trial, he was convicted on all charges and 
 sentenced to life without the possibility of parole.   
Counsel for Baldwin attached a petition to be relieved to 
 the final brief stating she had reviewed the record and found the appeal to 
 be without merit.  After a review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Baldwins appeal and 
 grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.